## BRADSHAW v. ADMINISTRATIVE OFFICE OF THE COURTS

No. 699PA86.

Case below: 83 N.C. App. 237.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 4 March 1987.

## BUCHANAN v. BUCHANAN

No. 737P86.

Case below: 83 N.C. App. 428.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 March 1987.

## EAST CAROLINA OIL TRANSPORT v. PETROLEM FUEL & TERMINAL CO.

No. 641P86.

Case below: 82 N.C. App. 746.

Motion by plaintiff for reconsideration of petition pursuant to Rule 27, N. C. Rules of Appellate Procedure, dismissed 3 February 1987.

## FOUNTAIN v. FOUNTAIN

No. 740P86.

Case below: 83 N.C. App. 307.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 March 1987.

## HAYES v. DIXON

No. 666P86.

Case below: 83 N.C. App. 52.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 February 1987. Notice of appeal by plaintiff pursuant to G.S. 7A-30 dismissed 3 February 1987.